# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA,

| | |
|---|---|
| **UPTOWN ROOTS, LLC DBA HELLO STRANGER**<br><br>Plaintiff,<br><br>v.<br><br>**ORALE L.A. LLC**<br><br>Defendants. | CASE NO. 3:18-cv-03475-CRB<br><br>~~[PROPOSED]~~ **ORDER** |

## ~~[PROPOSED]~~ ORDER

Having read the Parties' Joint Motion To Dismiss Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii) and (C), this Court HEREBY ORDERS:

All claims by either Party that were asserted or could have been asserted in this action are dismissed ***with prejudice***.

The Court will retain jurisdiction over the settlement agreement entered into before Magistrate Judge Sallie Kim on May 1, 2019.

Each Party will bear its own costs and fees.

Date: May 16, 2019



[Proposed] Order